**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JACK WIDEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 4:14-cv-01495-SNLJ** |
| ) | |
| **KRAMER & FRANK, P.C., AND** ) | |
| **MIDLUND FUNDING LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Jack Wideman, and notifies this Court that the parties have reached a confidential settlement on all of Plaintiff's claims.  Plaintiff respectfully requests that the Court continue this matter for 60 days to finalize the settlement.  Thereafter, Plaintiff will stipulate to a dismissal with prejudice of all of his claims against the Defendant.

**VOYTAS & COMPANY**

/s/ Richard A. Voytas, Jr.

_____

**RICHARD A. VOYTAS, JR., #52046**
**ALEXANDER J. CORNWELL, # 64793**
**One North Taylor Avenue**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1068**
**Fax:     (314) 667-3161**
**rickvoytas@gmail.com**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attests that on July 1, 2015 a copy of the foregoing document was served

via e-mail on the following counsel of record:


**SPENCER FANE BRITT & BROWNE LLP**

Joshua C. Dickinson
12925 West Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600  (telephone)
(402) 965-8601  (facsimile)
jdickinson@spencerfane.com

Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733 (telephone)
(314) 862-4656  (facsimile)
pmclaughlin@spencerfane.com

**KRAMER & FRANK, P.C**.

Timothy M. Bossley, #29483MO
9300 Dielman Ind. Dr., Ste. 100
St. Louis, Missouri 63132
(314) 754-6113  (telephone)
(314) 442-2113  (facsimile)
tim.bossley@lawusa.com

/s/ Richard A. Voytas, Jr.

_____