UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACK WIDEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14CV01495 SNLJ |
| | ) |
| KRAMER & FRANK, P.C. and | ) |
| MIDLAND FUNDING, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the **May 23, 2016** trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within sixty days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 1st day of July, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE